NATHAN HASBERG, Respondent, *v.* JOHN B. McCARTY, Appellant.

(Argued April 15, 1891; decided June 2, 1891.)

APPEAL from judgment of the General Term of the Court of Common Pleas in and for the city and county of New York, entered upon an order made February 6, 1888, which affirmed an interlocutory judgment and final judgment herein in favor of plaintiff.

This action was brought to annul, for alleged fraud, an agreement between the parties as to the disposition of partnership assets and for an accounting. The trial court found the fraud as alleged, and the only questions here, save as to the allowance of interest, were as to whether there was evidence to sustain the finding, and as to whether plaintiff had lost by delay the right to rescind, both of which were determined in favor of plaintiff.

*John H. V. Arnold* for appellant.

*Nathaniel Myers* for respondent.

BRADLEY, J., reads for modifying judgment by deducting from the recovery interest upon $2,500, from February, 1875, to March 25, 1884, and, as modified, judgment affirmed, with costs to plaintiff.

All concur.

Judgment accordingly.